IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NOMAD GLOBAL COMMUNICATION SOLUTIONS, INC., <br><br>        Plaintiff,<br><br>vs.<br><br>HOSELINE, INC.,<br><br>        Defendant.<br><br>HOSELINE, INC.,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>TUTCO, INC.,<br><br>        Third-Party Defendant. | CV 20–138–M–DLC<br><br><br>ORDER |

Currently pending before the Court is Third-Party Defendant Tutco, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction. (Doc. 18.) On March 25, 2021, the United States Supreme Court issued its opinion in *Ford Motor Co. v. Montana Eighth Judicial District Court*, __ S.Ct. __ (2021). Defendant Hoseline, Inc. cites to the Montana Supreme Court's opinion, *Ford Motor Co. v. Montana Eighth Judicial District Court*, 443 P.3d 407 (Mont. 2019), in its response brief.

1

(Doc. 23 at 5.) The Court believes the United States Supreme Court's opinion in *Ford Motor Company* is potentially relevant to the proper adjudication of Tutco's motion.

Accordingly, IT IS ORDERED that the parties may file a supplemental brief, on or before April 5, 2021, addressing the impact of the United States Supreme Court's opinion in *Ford Motor Company* on Tutco's motion (Doc. 18).

IT IS FURTHER ORDERED that any supplemental briefs shall not exceed 2000 words.

DATED this 25th day of March, 2021.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court